# United States Bankruptcy Court
## Southern District of Ohio

In re:                                           Case No.

    XXX-XX-                                   Chapter

                                                                Judge

    XXX-XX-

    Debtor(s)

## Transmission of Certified Copy - Docket Sheet

Pursuant to 11 U.S.C. Sec. 362(l)(4) or (m)(3) attached is a certified copy of a docket sheet in the above captioned case.

Dated:

                                                                  Richard B. Jones
                                                                   Clerk, U.S. Bankruptcy Court

**DEBTED, MEANSNO, FeeDueINST**

# U.S. Bankruptcy Court
## Southern District of Ohio (Columbus)
### Bankruptcy Petition #: 2:25-bk-54967

[Copy link to clipboard]

*Date filed:* 11/10/2025

*Assigned to:* Tiffany Strelow Cobb
Chapter 7
Voluntary
No asset
AP Case: No

| | |
|---|---|
| *Debtor* **Bonita Reavish White** 8128 Slate Ridge Blvd Reynoldsburg, OH 43068 FRANKLIN-OH SSN / ITIN: xxx-xx-7401 | represented by **Karen E Hamilton** 2025 South High Street Columbus, OH 43207 (614) 443-7920 Fax : 614-443-7922 Email: karen@karenhamiltonlaw.net |
| *Trustee* **James A. Coutinho** Allen Stovall Neuman & Ashton LLP 10 West Broad Street Ste. 2400 Columbus, OH 43215 614-221-8500 | |
| *U.S. Trustee* **Asst US Trustee (Col)** Office of the US Trustee 170 North High Street Suite 200 Columbus, OH 43215 614-469-7411 | |

**I certify that this is a true and accurate copy of the original document on file with the United States Bankruptcy Court.**

*Agueda Orozco*
**Deputy Clerk**
United States Bankruptcy Court
Southern District of Ohio

**Date Issued**
11/12/2025

| Filing Date | # | Docket Text |
|---|---|---|
| 11/12/2025 | 11 | The rent deposit required by Section 362(l)(1)(B) has not been remitted to the clerk of court and 362(b)(22) is applicable. (ao) (Entered: 11/12/2025) |
| 11/12/2025 | 10 | The certification required by 362(l)(1) has not been filed and 362(b)(22) is applicable. (ao) (Entered: 11/12/2025) |
| 11/12/2025 | 9 | Order Granting Application To Pay Filing Fees In Installments. (Related Doc # 4) (ao) (Entered: 11/12/2025) |

| | | | |
|---|---|---|---|
| 11/11/2025 | 8 | Notice of Debtor's Prior Filings <table><tr><th>Debtor</th><th>Case No</th><th>Note</th></tr><tr><td>Bonita Reavish White</td><td>02-63627</td><td>Ch13 filed in Ohio Southern on 10/16/2002, Standard Discharge on 08/11/2008</td></tr></table> .(Admin) (Entered: 11/11/2025) | |
| 11/10/2025 | | Receipt of Voluntary Petition (Chapter 7)( 2:25-bk-54967) [misc,volp7] ( 25.00) Filing Fee. Receipt Number A44478958, amount $ 25.00. (Re: Doc# 1) (U.S. Treasury) (Entered: 11/10/2025) | |
| 11/10/2025 | 7 | Statement of Social Security Number-Form 121 Filed by Debtor Bonita Reavish White. (Hamilton, Karen) (Entered: 11/10/2025) | |
| 11/10/2025 | 6 | Certificate of Credit Counseling as to Debtor. The credit counseling briefing was completed WITHIN the 180-day period prior to the filing of the petition Filed by Debtor Bonita Reavish White. (Hamilton, Karen) (Entered: 11/10/2025) | |
| 11/10/2025 | 5 | Verification of Creditor Matrix Filed by Debtor Bonita Reavish White. (Hamilton, Karen) (Entered: 11/10/2025) | |
| 11/10/2025 | 4 | Application to Pay Filing Fee in Installments Filed by Debtor Bonita Reavish White (Hamilton, Karen) (Entered: 11/10/2025) | |
| 11/10/2025 | 3 | Statement 1015-2 with No Previous Filing(s) Filed by Debtor Bonita Reavish White. (Hamilton, Karen) (Entered: 11/10/2025) | |
| 11/10/2025 | 2 | Statement of Intent Filed by Debtor Bonita Reavish White. (Hamilton, Karen) (Entered: 11/10/2025) | |
| 11/10/2025 | 1 | Chapter 7 Voluntary Petition for Individual Fee Paid $25 - Filing fee amount required is $338.00 Filed by Bonita Reavish White (Hamilton, Karen) (Entered: 11/10/2025) | |