# United States Bankruptcy Court
## Southern District of Ohio

In re:  
Bonita Reavish White  
          XXX-XX- 7401

          XXX-XX-

          Debtor(s)

Case No. 25-bk-54967

Chapter 7

Judge Tiffany Strelow Cobb

## Transmission of Certified Copy - Docket Sheet

Pursuant to 11 U.S.C. Sec. 362(l)(4) or (m)(3) attached is a certified copy of a docket sheet in the above captioned case.

Dated: November 12, 2025

                                                            Richard B. Jones  
                                                            Clerk, U.S. Bankruptcy Court

# U.S. Bankruptcy Court
## Southern District of Ohio (Columbus)
## Bankruptcy Petition #: 2:25-bk-54967

`Copy link to clipboard`

*Date filed:* 11/10/2025

*Assigned to:* Tiffany Strelow Cobb
Chapter 7
Voluntary
No asset
AP Case: No

*Debtor*
**Bonita Reavish White**
8128 Slate Ridge Blvd
Reynoldsburg, OH 43068
FRANKLIN-OH
SSN / ITIN: xxx-xx-7401

represented by **Karen E Hamilton**
2025 South High Street
Columbus, OH 43207
(614) 443-7920
Fax : 614-443-7922
Email: karen@karenhamiltonlaw.net

*Trustee*
**James A. Coutinho**
Allen Stovall Neuman & Ashton LLP
10 West Broad Street
Ste. 2400
Columbus, OH 43215
614-221-8500

I certify that this is a true and accurate copy of the original document on file with the United States Bankruptcy Court.

*Agueda Orozco*
Deputy Clerk
United States Bankruptcy Court
Southern District of Ohio

Date Issued
11/12/2025

*U.S. Trustee*
**Asst US Trustee (Col)**
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH 43215
614-469-7411

| Filing Date | # | Docket Text |
|---|---|---|
| 11/12/2025 | 11 | The rent deposit required by Section 362(l)(1)(B) has not been remitted to the clerk of court and 362(b)(22) is applicable. (ao) (Entered: 11/12/2025) |
| 11/12/2025 | 10 | The certification required by 362(l)(1) has not been filed and 362(b)(22) is applicable. (ao) (Entered: 11/12/2025) |
| 11/12/2025 | 9 | Order Granting Application To Pay Filing Fees In Installments. (Related Doc # 4) (ao) (Entered: 11/12/2025) |

| | | |
|---|---|---|
| 11/11/2025 | 8 | Notice of Debtor's Prior Filings <table><tr><th>Debtor</th><th>Case No</th><th>Note</th></tr><tr><td>Bonita Reavish White</td><td>02-63627</td><td>Ch13 filed in Ohio Southern on 10/16/2002, Standard Discharge on 08/11/2008</td></tr></table> .(Admin) (Entered: 11/11/2025) |
| 11/10/2025 | | Receipt of Voluntary Petition (Chapter 7)( 2:25-bk-54967) [misc,volp7] ( 25.00) Filing Fee. Receipt Number A44478958, amount $ 25.00. (Re: Doc# 1) (U.S. Treasury) (Entered: 11/10/2025) |
| 11/10/2025 | 7 | Statement of Social Security Number-Form 121 Filed by Debtor Bonita Reavish White. (Hamilton, Karen) (Entered: 11/10/2025) |
| 11/10/2025 | 6 | Certificate of Credit Counseling as to Debtor. The credit counseling briefing was completed WITHIN the 180-day period prior to the filing of the petition Filed by Debtor Bonita Reavish White. (Hamilton, Karen) (Entered: 11/10/2025) |
| 11/10/2025 | 5 | Verification of Creditor Matrix Filed by Debtor Bonita Reavish White. (Hamilton, Karen) (Entered: 11/10/2025) |
| 11/10/2025 | 4 | Application to Pay Filing Fee in Installments Filed by Debtor Bonita Reavish White (Hamilton, Karen) (Entered: 11/10/2025) |
| 11/10/2025 | 3 | Statement 1015-2 with No Previous Filing(s) Filed by Debtor Bonita Reavish White. (Hamilton, Karen) (Entered: 11/10/2025) |
| 11/10/2025 | 2 | Statement of Intent Filed by Debtor Bonita Reavish White. (Hamilton, Karen) (Entered: 11/10/2025) |
| 11/10/2025 | 1 | Chapter 7 Voluntary Petition for Individual Fee Paid $25 - Filing fee amount required is $338.00 Filed by Bonita Reavish White (Hamilton, Karen) (Entered: 11/10/2025) |

United States Bankruptcy Court

Southern District of Ohio

| | |
|---|---|
| In re: | Case No. 25-54967-tsc |
| Bonita Reavish White | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0648-2 | User: ad | Page 1 of 1 |
| Date Rcvd: Nov 12, 2025 | Form ID: pdf01 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bonita Reavish White, 8128 Slate Ridge Blvd, Reynoldsburg, OH 43068-4911 |
| | + Gagan Koirala, 13570 Tollgate Road, Pickerington, OH 43147-9164 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2025           Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Asst US Trustee (Col) | ustpregion09.cb.ecf@usdoj.gov |
| James A. Coutinho | coutinho@asnalaw.com doan@asnalaw.com;jac@trustesolutions.net;cjac11@trustesolutions.net |
| Karen E Hamilton | on behalf of Debtor Bonita Reavish White karen@karenhamiltonlaw.net Atty_Khamiltonlaw@bluestylus.com |

TOTAL: 3