**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. 25-54967 |
|    Bonita Reavish White | ) | |
| | ) | CHAPTER 7 |
|    Debtors | ) | |
| | ) | JUDGE TIFFANY STRELOW COBB |

## CERTIFICATE OF SERVICE

      I hereby certify that the Statement about Payment of an Eviction Judgment (B 101B) was served electronically on the date of the filing through the court's ECF System on all ECF participants registered in this case at the email address with the Court. and by the designated method listed below on November 12th, 2025 to:

Gagan Kolrala, By Hand Delivery
13570 Tollgate Road
Pickerington, Oho 43147

Licking County Clerk of Courts
Via Email to Office@lcmunicipalcourt.com

                                                  /s/ Karen E. Hamilton
                                                  Attorney for Debtor
                                                  31 E. Whittier Street
                                                  Columbus, Ohio 43206