| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Bonita Reavish White** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF OHIO** | | |
| Case Number (if known) | **2:25-bk-54967** | | |

Official Form 101A

# Initial Statement About an Eviction Judgment Against You

12/15

**File this form with the court and serve a copy on your landlord when you first file bankruptcy only if:**

■ **you rent your residence; and**

■ **your landlord has obtained a judgment for possession in an eviction, unlawful detainer action, or similar proceeding (called *eviction judgment*) against you to possess your residence.**

Landlord's name     **Gagan Koirala**

Landlord's address  **13570 Tollgate Road**
**Pickerington, OH 43147**
Number, Street, City, State & ZIP Code

**If you want to stay in your rented residence after you file your case for bankruptcy, also complete the certification below.**

■ **Certification About Applicable Law and Deposit of Rent**

I certify under penalty of perjury that:

■ Under the state or other nonbankruptcy law that applies to the judgment for possession (*eviction judgment*), I have the right to stay in my residence by paying my landlord the entire delinquent amount.

■ I have given the bankruptcy court clerk a deposit for the rent that would be due during the 30 days after I file the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

X **/s/ Bonita Reavish White**               X _____
**Bonita Reavish White**                      Signature of Debtor 2
Signature of Debtor 1

Date **November 20, 2025**                    Date _____

**Stay of Eviction:**  (a) **First 30 days after bankruptcy.** If you checked both boxes above, signed the form to certify that both apply, and served your landlord with a copy of this statement, the automatic stay under 11 U.S.C. § 362(a)(3) will apply to the continuation of the eviction against you for 30 days after you file your *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

(b) **Stay after the initial 30 days.** If you wish to stay in your residence after that 30-day period and continue to receive the protection of the automatic stay under 11 U.S.C. § 362(a)(3), you must pay the entire delinquent amount to your landlord as stated in the eviction judgment before the 30-day period ends. You must also fill out *Statement About Payment of an Eviction Judgment Against You* (Official Form 101B), file it with the bankruptcy court, and serve your landlord a copy of it before the 30-day period ends.

**Check the Bankruptcy Rules (www.uscourts.gov/rulesandpolicies/rules.aspx) and the local court's website (to find your court's website, go to www.uscourts.gov/Court_Locator.aspx) for any specific requirements that you might have to meet to serve this statement.**
**11 U.S.C. §§ 362(b)(22) and 362(l)**

Official Form 101A                           Initial Statement About an Eviction Judgment Against You

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Bonita** | **Reavish** | **White** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| *(Spouse, if filing)* | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO | | |
| Case number | 2:25-bk-54967 | | |
| *(if known)* | | | |

B 101B

# Statement About Payment of an Eviction Judgment Against You    12/15

**Fill out this form only if:**

- **you filed *Initial Statement About an Eviction Judgment Against You* (Official Form 101A); and**

- **you served a copy of Form 101A on your landlord; and**

- **you want to stay in your rented residence for more than 30 days after you file your *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).**

**File this form within 30 days after you file your *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). Also serve a copy on your landlord within that same time period.**

### Certification About Applicable Law and Payment of Eviction Judgment

**I certify under penalty of perjury that** (*Check all that apply*):

- ■ Under the state or other nonbankruptcy law that applies to the judgment for possession *(eviction judgment)*, I have the right to stay in my residence by paying my landlord the entire delinquent amount.

- ■ Within 30 days after I filed my *Voluntary Petition for Individuals Filing for Bankruptcy* (official Form 101), I have paid my landlord the entire amount I owe as stated in the judgment for possession *(eviction judgment)*.

X **/s/ Bonita Reavish White**                              X _____
**Bonita Reavish White**
Signature of Debtor 1                                         Signature of Debtor 2

Date **November 20, 2025**                                  Date _____

**You must serve your landlord with a copy of this form.**

Check the Bankruptcy Rules (www.uscourts.gov/rulesandpolicies/rules.aspx) and the court's local website (go to http://www.uscourts.gov/Court_Locator.aspx to find your court's website) for any specific requirements that you might have to meet to serve this statement.