Form a0rentdp

# United States Bankruptcy Court
## Southern District of Ohio
### 170 North High Street
### Columbus, OH 43215−2414

---

In Re:  Bonita Reavish White

       Debtor(s)

SSN/TAX ID:
    xxx−xx−7401

Case No.: 2:25−bk−54967

Chapter: 7

Judge: Tiffany Strelow Cobb

---

## Clerk's Acceptance and Transmittal of Rent Deposit

Pursuant to 11 U.S.C. section 362(l)(1)(B) the Clerk has accepted from the debtor in the above captioned case a deposit of rent in the amount of $1000.00.

In accordance with Local Bankruptcy Rule 4001−1(c), the clerk of court hereby transmits, by certified mail, the rent deposit to the following lessor as listed on the debtor's petition:

Lessor:       Bonita Reavish White

Address:      13570 Tollgate Road Pickerington, Oho 43147

Check No.:    19−757083192

Drawee:       Bonita Reavish White

Payee:        Gagan Kolrala


Dated: November 21, 2025

                                              FOR THE COURT:
                                              Richard B. Jones
                                              Clerk, U.S. Bankruptcy Court