Form a0rentdp

# United States Bankruptcy Court
## Southern District of Ohio
### 170 North High Street
### Columbus, OH 43215−2414

In Re: Bonita Reavish White

    Debtor(s)

SSN/TAX ID:
    xxx−xx−7401

Case No.: 2:25−bk−54967

Chapter: 7

Judge: Tiffany Strelow Cobb

## Clerk's Acceptance and Transmittal of Rent Deposit

Pursuant to 11 U.S.C. section 362(l)(1)(B) the Clerk has accepted from the debtor in the above captioned case a deposit of rent in the amount of $1000.00.

In accordance with Local Bankruptcy Rule 4001−1(c), the clerk of court hereby transmits, by certified mail, the rent deposit to the following lessor as listed on the debtor's petition:

Lessor:     Gagan Kolrala

Address:    13570 Tollgate Road Pickerington, Oho 43147

Check No.:  19−757083192

Drawee:     Western Union

Payee:      Gagan Kolrala

Dated: November 21, 2025

    FOR THE COURT:
    Richard B. Jones
    Clerk, U.S. Bankruptcy Court